# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Newark, NJ

UNITED STATES OF AMERICA

                                            Plaintiff,

v.                                                           Case No.: 2:24–cr–00789–CCC

                                                                   Judge Claire C. Cecchi

RICHARD SHARP

                                            Defendant.

## ORDER APPOINTING PUBLIC DEFENDER

    The financial inability of the defendant to retain counsel and having been established by the Court, and the defendant not having waived the appointment of counsel,

    **IT IS** on this 10th day of January, 2025,

    **ORDERED** that Areeb Salim from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                                          s/ Magistrate Judge Andre M. Espinosa

                                                                               United States Magistrate Judge