# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Magistrate Judge André M. Espinosa |
| v. | CASE NO. 2:24-cr-00789-CCC-1 |
| RICHARD SHARP *Defendant* | DATE OF PROCEEDINGS: January 10, 2025 |
| | DATE OF ARREST: January 9, 2025 |

**PROCEEDINGS:** _____I.A._ - Arraignment_____

- [✓] COMPLAINT
- [✓] ADVISED OF RIGHTS [✓]
- [ ] WAIVER OF COUNSEL
- [✓] APPT. OF COUNSEL: [✓] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [✓] PLEA ENTERED: [ ] GUILTY [✓] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [✓] FINANCIAL AFFIDAVIT EXECUTED [ ] FINANCIAL COLLOQUY
- [✓] __Advisded of Brady Disclosure_____

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [✓] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:_____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED_____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.       DATE:_____
- [ ] DETENTION/BAIL HRG.            DATE:_____
- [ ] TRIAL: [ ] COURT [ ] JURY      DATE:_____
- [ ] SENTENCING                     DATE:_____
- [ ] OTHER:_____      DATE:_____

**APPEARANCES:**

AUSA:_____ Kelly_Lyons_____

DEFT. COUNSEL:_Areeb Salim_____

PO/PTS:_____

INTERPRETER_____
Language:_____

TIME COMMENCED:_____3:15p.m._____
TIME TERMINATED:_____3:22p.m._____
CD NO:___ECR_____

_____Joel De La Cruz_____
DEPUTY CLERK