# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY
K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER

1002 BROAD STREET • NEWARK, NEW JERSEY 07102 • (973) 645-6347

---

February 5, 2025

Honorable Claire C. Cecchi,
United States District Judge
Martin Luther King, Jr., Federal Courthouse
50 Walnut Street
Newark, NJ 07102

Dear Judge Cecchi,

    The Office of the Federal Public Defender (AFPD Areeb Salim) was appointed to represent Richard Sharp by Magistrate Judge Andre M. Espinosa on January 10, 2025. Mr. Sharp consented to detention on that day but subsequently appeared for a detention hearing before Magistrate Judge Michael A. Hammer on January 24, 2025, wherein he was ordered detained.

    I write to inform the Court that Mr. Sharp no longer wants to be represented by the Office of the Federal Public Defender. I met with Mr. Sharp at Essex County Correctional Facility on February 3, 2025, and he advised me that he did not want me to be his attorney. He refused to discuss his case with me further. After February 3, 2025, Mr. Sharp has called our office to reiterate that he does not want me to represent him.

    I thank the Court for its consideration of this matter. If the Court has any questions, please contact me at (609) 508-6808.

Respectfully submitted,

Areeb Salim
Assistant Federal Public Defender

Cc:   Sean Nadel, AUSA (via ECF and Electronic Mail)
       Richard Sharp
       Essex County Correctional Facility (via USPS)