**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| | : | |
| v. | : | Crim. No. 24-789 |
| | : | |
| RICHARD SHARP a/k/a "Famous Richard" | : | **SCHEDULING ORDER** |

This matter having come before the Court for arraignment on January 10, 2025; and the United States being represented by Vikas Khanna, Acting United States Attorney for the District of New Jersey (by Sean Nadel, Assistant U.S. Attorney); Richard Sharp a/k/a "Famous Richard" being represented by Areeb Salim, Esq., and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this _____6_____ day of February 2025, ORDERED that:

1. The Government shall provide discovery required by Federal Rule of Criminal Procedure 16(a)(1) and all exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before February 7, 2025.

2. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before March 7, 2025.

3. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before March 10, 2025.

4. The following shall be the schedule for pretrial motions: a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before April 7, 2025.

b) The Government shall file any response to the Defendant's pretrial motions on or before April 25, 2025;

c) The Defendant shall file any reply on or before May 2, 2025;

d) Oral argument on pretrial motions shall be held on a date to be set.

                                    _____
                                    HON. CLAIRE C. CECCHI
                                    United States District Judge

Consented to as to form and entry:

_____
Sean Nadel
Assistant U.S. Attorney

_____
Areeb Salim, Esq.
Counsel for Defendant